AO 10
Rev. 1/2013

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2016

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)<br><br>McBryde, John H. | 2. Court or Organization<br><br>U.S.Dist. Ct., N. Dist. of TX | 3. Date of Report<br><br>02/07/2017 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>Active U.S. District Judge | 5a. Report Type (check appropriate type)<br><br>☐ Nomination  Date<br>☐ Initial  ☑ Annual  ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2016<br>to<br>12/31/2016 |

| 7. Chambers or Office Address<br><br>501 West 10th Street<br>U.S. Courthouse, Room 401<br>Fort Worth, Texas 76102-3642 |
|---|

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ **NONE** *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ **NONE** *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| McBryde, John H. | 02/07/2017 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McBryde, John H. | 02/07/2017 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McBryde, John H. | 02/07/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. COMMON STOCKS AND UNITS OF OWNERSHIP (2-16): | | | | | | | | | |
| 2. Caterpillar Tractor | D | Dividend | M | T | | | | | |
| 3. Chevron Corp. | D | Dividend | M | T | | | | | |
| 4. Exxon Mobil Corp. | D | Dividend | N | T | | | | | |
| 5. General Electric Co. | B | Dividend | L | T | | | | | |
| 6. IBM | B | Dividend | L | T | | | | | |
| 7. Johnson & Johnson | D | Dividend | N | T | | | | | |
| 8. Permian Basin Royalty Trust | C | Royalty | L | T | | | | | |
| 9. San Juan Basin Royalty Trust | C | Royalty | L | T | | | | | |
| 10. Weyerhaeuser Co. | B | Dividend | L | T | | | | | |
| 11. Intel Corp. | A | Dividend | J | T | | | | | |
| 12. Plains All American Pipeline, L.P. | A | Dividend | J | T | | | | | |
| 13. Bristol-Meyers Squibb Co. | A | Dividend | K | T | | | | | |
| 14. FirstEnergy Corp. | A | Dividend | J | T | | | | | |
| 15. EnPro Industries | | None | J | T | | | | | |
| 16. 3M Co. | B | Dividend | L | T | | | | | |
| 17. ************************* | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McBryde, John H. | 02/07/2017 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. BANK ACCOUNTS (19): | | | | | | | | | |
| 19. Frost Nat'l. Bank | A | Interest | N | T | | | | | |
| 20. ************************* | | | | | | | | | |
| 21. MUTUAL FUNDS (NON-IRA) (22-30): | | | | | | | | | |
| 22. Eaton Vance Nat. Muni Fund | D | Int./Div. | M | T | | | | | |
| 23. Fidelity Investments - Puritan Fund | E | Dividend | | | Closed | 12/23/16 | O | F | See Section VIII |
| 24. T. Rowe Price-High Yield Fund | C | Dividend | L | T | | | | | |
| 25. Vanguard Group-Intermediate Muni Bond Fund | B | Dividend | L | T | | | | | |
| 26. Vanguard Group - Long-term Muni Bond Fund | B | Dividend | K | T | | | | | |
| 27. Vanguard Tax Exempt Money Market Fund | A | Dividend | | | Closed | 12/23/16 | K | A | See Section VIII |
| 28. Vanguard Group GNMA Fund | B | Dividend | L | T | | | | | |
| 29. Nuveen Select Quality Muni Fund | C | Dividend | L | T | | | | | |
| 30. Vanguard International Growth Fund | C | Dividend | M | T | | | | | |
| 31. Vanguard 500 Index Fund | A | Dividend | M | T | Buy | 12/23/16 | M | | See Section VIII |
| 32. Vanguard Wellington Fund | A | Dividend | M | T | Buy | 12/23/16 | M | | See Section VIII |
| 33. Vanguard Federal Money Market Fund | A | Dividend | L | T | Buy | 12/23/16 | L | | See Section VIII |
| 34. ************************* | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McBryde, John H. | 02/07/2017 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. MUTUAL FUNDS - (Roth IRAs) (36-44): | | | | | | | | | |
| 36. Vanguard Group-Wellington Fund | E | Dividend | O | T | | | | | |
| 37. Vanguard Group-GNMA Fund | D | Dividend | N | T | | | | | |
| 38. Vanguard 500 Index Fund | D | Dividend | N | T | | | | | |
| 39. Vanguard Equity Income Fund | E | Dividend | O | T | | | | | |
| 40. Vanguard Windsor Fund | D | Dividend | N | T | | | | | |
| 41. Vanguard Primecap Fund | D | Dividend | M | T | | | | | |
| 42. Vanguard Group-Long Term Corp. Fund | E | Dividend | N | T | | | | | |
| 43. T.R. Price High Yield | E | Dividend | N | T | | | | | |
| 44. Fidelity Investments GNMA Fund | C | Dividend | M | T | | | | | |
| 45. ************************* | | | | | | | | | |
| 46. MUTUAL FUNDS (Traditional IRAs) | | | | | | | | | |
| 47. Vanguard Group - Wellington Fund | B | Dividend | K | T | | | | | See Section VIII |
| 48. ************************* | | | | | | | | | |
| 49. OTHER (50-53): | | | | | | | | | |
| 50. U.S. Treas. Notes & Bonds | D | Interest | M | T | Matured (part) | 03/31/16 | L | A | See Section VIII |
| 51. Sherman Co. TX Min. Int. | A | Royalty | J | W | | | | | See Section VIII |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McBryde, John H. | 02/07/2017 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Tarrant Co. TX Min. Int. | A | Royalty | J | W | | | | | See Section VIII |
| 53. Wise Co. TX Min. Int. | A | Royalty | J | W | | | | | See Section VIII |
| 54. ************************** | | | | | | | | | |
| 55. LIFE INSURANCE POLICIES (56-57): | | | | | | | | | |
| 56. Allianz Life Ins. Co.-Whole Life Ins. Policy | A | Dividend | J | T | | | | | |
| 57. MONY Life Ins. Co. - Whole Life Ins. Policy | B | Dividend | L | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McBryde, John H. | 02/07/2017 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

VIII. INVESTMENTS.

Dividends and gains on the non-IRA mutual funds (items 22-33), and the Roth IRA funds (items 36-44) are reinvested as declared except the non-IRA T. Rowe Price-High Yield Fund, Nuveen Fund, and Vanguard Federal Money Market Fund.

I closed the Fidelity Investments-Puritan Fund (item 23) in December 2016, using the proceeds of the fund to open the Vanguard 500 Index Fund (item 31) and the Vanguard Wellingou Fund (item 32) and to increase the deposit in the Vanguard Federal Money Market Fund (item 33). The value code for the Fidelity Investments-Puritan Fund when I closed it is O; and the increase in the value of the initial investment and the value of the fund at the time it was closed is income code F. The value code for the new investments in Vanguard 500 Index Fund and Vanguard Wellington Fund is, as to each, M; and, the value code for the portion of the fund received from closing the Fidelity Investments-Puritan Fund that was put in the Vanguard Federal Money Market Fund is L.

In December 2016, I closed the Vanguard Tax Exempt Money Market Fund (item 27), and had the money in that fund transferred to the Vanguard Federal Money Market Fund (item 33). The value code for each transaction is K.

The traditional IRA account shown as item 47 is carried in my wife's name. An RMD was withdrawn from that account in late 2016 with a Value Code of J.

In March 2016, one of the U.S. Treas. Notes & Bonds (item 50) matured. It had a value code of L and an insignificant gain, which I have indicated by an income gain code A. The proceeds were direct deposited by the U.S. Treasury to our Frost National Bank account (item 19).

The royalty income in relation to the Sherman County, Texas, mineral interest (item 51) was received from Pantera Energy Co.; the royalty income in relation to the Tarrant County, Texas, mineral interest (item 52) was received from XTO Energy; the royalty income in relation to the Wise County, Texas, mineral interest (item 53) was received from Devon Energy Production Co.

All items of property listed in Section VII are the community property of (jointly owned by) my wife and me.

| Name of Person Reporting | Date of Report |
|---|---|
| McBryde, John H. | 02/07/2017 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ John H. McBryde**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544